# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KENAN ALLEN

VERSUS

LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS

NO.  2019 CW 1647

MAR 1 3 2020

---

In Re:   Kenan Allen, applying for supervisory writs, 20th
Judicial District Court, Parish of West Feliciana, No.
23597.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT GRANTED WITH ORDER.**   The trial court's November 5, 2019 order dismissing plaintiff's motion for show cause order and supplemental memorandum in support of his motion to lift stay order is vacated.   The trial court did not provide plaintiff an opportunity to prove he properly notified or served the attorney general.   This matter is remanded to the trial court with instructions to allow plaintiff the opportunity to prove he properly notified or served the attorney general, and in the event the attorney general has not been notified or served, allow plaintiff an opportunity to do so.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT